**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| SHABBIR HASSAN, | § | |
| | § | |
| *Plaintiff,* | § | CASE NO. 1:21-cv-02311 |
| | § | |
| v. | § | |
| | § | NOTICE OF REMOVAL |
| SEQUIUM ASSET SOLUTIONS, LLC, | § | |
| | § | |
| *Defendant.* | § | |

---

**DEFENDANT SEQUIUM ASSET SOLUTIONS, LLC'S**
**NOTICE OF REMOVAL**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant SEQUIUM ASSET SOLUTIONS, LLC ("SAS"), by and through its undersigned counsel, and files its *Notice of Removal* as follows:

1.      Plaintiff SHABBIR HASSAN ("Plaintiff") filed his state court Complaint on March 25, 2021 in the Circuit Court of Cook County, Illinois, Municipal Department, First District.

2.      This is a civil action based on Plaintiff's contention that SAS violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA"). This case is still pending in state court.

3.      Removal is proper because this case involves a federal question—an alleged violation of the Fair Debt Collection Practices Act. This entire suit is removable under 28 U.S.C. § 1441(a).

4.      Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is in this district.

Page **1** of **3**

5.      Removal is timely pursuant to 28 U.S.C. § 1441(b) because SAS has filed its *Notice of Removal* within 30 days of receipt of Plaintiffs' state-court Petition which was served on March 30, 2021.

6.      Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

7.      A copy of this *Notice of Removal* has been sent to Plaintiff and will be filed with the Clerk of the Circuit Court of Cook County, Illinois, Municipal Department, First District.

8.      Plaintiff did not request a jury trial in the state court matter.

WHEREFORE, SAS respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.


Dated:  April 29, 2021                    Respectfully submitted,

                                          **MALONE FROST MARTIN PLLC**

                                          s/ PATRICK A. WATTS
                                          PATRICK A. WATTS, IL Bar #6302112
                                          150 S. Wacker Dr., Ste. 2400
                                          Chicago, IL 60606
                                          P: (312) 741-0990
                                          F: (888) 632-6937
                                          pwatts@mamlaw.com

                                          ***COUNSEL FOR DEFENDANT***
                                          ***SEQUIUM ASSET SOLUTIONS, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's

ECF filing system and via electronic mail pursuant to 28 U.S.C. §1446(d), on this 29th day of

April, 2021, to:

Daniel A. Edelman
Dulijaza (Julia) Clark
Samuel Park
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Ste. 1500
Chicago, IL 60603
Ph: (312) 739-4200
Fax: (312) 419-0379
Courtecl@edcombs.com
 *Attorneys for Plaintiff*


By:/s/ Patrick A. Watts